**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Octavio BAUTISTA–OSUNA, a/k/a John
Doe, Defendant—Appellant.**

**No. 00–50704.**

**D.C. No. CR–99–01062–ABC.**

United States Court of Appeals,
Ninth Circuit.

Submitted March 11, 2002.*

Decided March 19, 2002.

Before CANBY, BEEZER, and PAEZ,
Circuit Judges.

MEMORANDUM **

Octavio Bautista–Osuna appeals from
his guilty plea conviction and sentence for
being an illegal alien found in the United
States after deportation, in violation of 8
U.S.C. § 1326. Osuna's attorney has
moved to withdraw pursuant to *Anders v.
California,* 386 U.S. 738, 87 S.Ct. 1396, 18
L.Ed.2d 493 (1967), on the ground that the
case presents no non-frivolous issue suit-
able for appeal. Our independent review
of the record pursuant to *Penson v. Ohio,*
488 U.S. 75, 83–84, 109 S.Ct. 346, 102
L.Ed.2d 300 (1988), reveals no arguable
issues. Counsel's motion to withdraw is

---

* This panel unanimously finds this case suit-
able for decision without oral argument. See
Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as may be provid-
ed by Ninth Circuit Rule 36–3.

---

**GRANTED** and the district court's judg-
ment is **AFFIRMED.**

---

* We unanimously find this case suitable for
decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as may be provid-
ed by Ninth Circuit Rule 36–3.